FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-CR-0128-TOR-2 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| BRADLEY DALE HULL, | |
| Defendant. | |

**BEFORE THE COURT** is Defendant's motion to temporarily modify his conditions of release.  ECF No. 62.  Defendant seeks to modify his conditions of pretrial release, ECF No. 58, to permit him to leave the Eastern District of Washington for one day, and to lift the curfew requirements for that day as well, so he may travel to Everett, Washington for court.  ECF No. 62 at 2.  Defense counsel submitted the motion as "unopposed" by the United States.  *See* ECF No. 62.  Pretrial Services (Erik Carlson) has expressed no objection to the travel request.

**IT IS ORDERED** that Defendant's motion to temporarily modify the conditions of his pretrial release, **ECF No. 62**, is **GRANTED**.  Defendant may travel to Everett, Washington for the express purpose of addressing a warrant and associated criminal traffic case pending in Everett Municipal Court.

Defendant must provide Pretrial Services with advance notice of the trip and have Pretrial Services explicit approval before departure.  Defendant must provide Pretrial Services specific information about when he will depart and return, where

ORDER - 1

will reside while out of the district, and how he can be contacted by telephone at any time he is out of the district.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED January 25, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2