# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Hull, Bradley Dale | Docket No. | 2:20CR00128-TOR-2 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Bradley Dale Hull, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 20th day of January 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Bradley Dale Hull is alleged to have violated his conditions of pretrial release supervision by testing positive for the presence of amphetamine, methamphetamine, and morphine on February 24, 2021.

On January 22, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Hull. Mr. Hull acknowledged an understanding of the conditions, which included standard condition number 9.

On February 24, 2021, Mr. Hull reported to Pioneer Human Services (PHS) and provided a urine sample that tested presumptive positive for the presence of amphetamine, methamphetamine, and morphine. Mr. Hull signed a substance abuse admission form acknowledging he used illegal controlled substances on or about February 23, 2021. The urine specimen was sent to Alere Toxicology Services (Alere) for further analysis.

On February 25, 2021, the undersigned officer confronted Mr. Hull about his use of illegal controlled substances. Mr. Hull advised he located a bag containing a substance he believed to be methamphetamine while cleaning his bedroom. He did not believe this substance contained morphine. Mr. Hull admitted he smoked the substance on February 23, 2021.

On March 6, 2021, Alere confirmed the urine specimen collected on February 24, 2021, tested positive for the presence of amphetamine and methamphetamine.

On March 11, 2011, Alere also confirmed the urine specimen collected on February 24, 2021, tested positive for the presence of morphine.

**Violation #2:** Bradley Dale Hull is alleged to have violated his conditions of pretrial release supervision by testing presumptive positive for the presence of amphetamine, methamphetamine, and morphine on March 2, 2021.

On January 22, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Hull. Mr. Hull acknowledged an understanding of the conditions, which included standard condition number 9.

On March 2, 2021, Mr. Hull reported to PHS and provided a urine sample that tested presumptive positive for the presence of amphetamine, methamphetamine, and morphine. Mr. Hull signed a substance abuse admission form acknowledging he used illegal controlled substances on or about February 23, 2021.

On March 4, 2021, the undersigned officer confronted Mr. Hull about his presumptive positive drug test from March 2, 2021. Mr. Hull reported this presumptive positive result was residual from his use of illegal controlled substances that is noted in violation number one of this petition. Based on the undersigned officer's training and experience, methamphetamine and morphine are typically detectable in urine for a period of 3 days.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   March 12, 2021

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

March 12, 2021
Date