# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Hull, Bradley Dale | Docket No. | 2:20CR00128-TOR-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Bradley Dale Hull, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 20th day of January 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3:** Bradley Dale Hull is alleged to have violated his conditions of pretrial release supervision by admitting to ingesting heroin on or about March 14, 2021.

On January 22, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Hull. Mr. Hull acknowledged an understanding of the conditions, which included standard condition number 9.

On March 17, 2021, Mr. Hull reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of morphine. Ms. Hull signed a substance abuse admission form acknowledging he used morphine on or about March 14, 2021.

On March 18, 2021, the undersigned officer confronted Mr. Hull about his presumptive positive drug test for morphine. Mr. Hull admitted to the undersigned officer that he had ingested approximately 1 gram of heroin, over the course of the previous 2 weeks. The above-noted presumptive positive test result for morphine is consistent with the use of heroin.

**Violation #4:** Bradley Dale Hull is alleged to have violated his conditions of pretrial release supervision by admitting to ingesting methamphetamine and heroin on or about March 21, 2021.

On January 22, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Hull. Mr. Hull acknowledged an understanding of the conditions, which included standard condition number 9.

On March 24, 2021, Mr. Hull reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine, methamphetamine and morphine.

Re: Hull, Bradley Dale
March 26, 2021
Page 2

On March 25, 2021, the undersigned officer confronted Mr. Hull about his presumptive drug test for the presence of amphetamine, methamphetamine and morphine. Mr. Hull admitted he ingested methamphetamine and heroin on or about March 21, 2021.

**Violation #5:** Bradley Dale Hull is alleged to have violated his conditions of pretrial release supervision by failing to report for random drug testing on March 16, and 23, 2021.

On January 22, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Hull. Mr. Hull acknowledged an understanding of the conditions, which included additional condition number 27.

Also on January 22, 2021, the undersigned officer referred Mr. Hull to the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Hull was instructed to contact PHS daily to determine if he needed to submit to random urinalysis testing.

On March 16, and 23, 2021, Mr. Hull failed to report to PHS for random drug testing as directed.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: March 26, 2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

March 26, 2021
Date