# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 09, 2021**

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hull, Bradley Dale | Docket No. | 2:20CR00128-TOR-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Bradley Dale Hull, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 20th day of January 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Bradley Dale Hull is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of morphine on May 14, 2021.

On January 22, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Hull. Mr. Hull acknowledged an understanding of the conditions, which included standard condition number 9.

On May 14, 2021, Mr. Hull reported to Pioneer Human Services and provided a urine sample that tested presumptive positive for the presence of morphine. Mr. Hull denied using morphine at that time. The sample was sent to Alere Toxicology Services (Alere) for further analysis.

On June 2, 2021, Alere confirmed the sample collected on May 14, 2021, tested positive for the presence of morphine.

**Violation #2:** Bradley Dale Hull is alleged to have violated his conditions of pretrial release supervision by admitting to ingesting amphetamine, methamphetamine and morphine on or about June 5, 2021.

On January 22, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Hull. Mr. Hull acknowledged an understanding of the conditions, which included standard condition number 9.

On June 7, 2021, Mr. Hull reported to Pioneer Human Services and provided a urine sample that tested presumptive positive for the presence of amphetamine, methamphetamine and morphine. Mr. Hull signed a substance abuse admission form acknowledging his use of the aforementioned substances on or about June 5, 2021.

PRAYING THAT THE COURT WILL ORDER A WARRANT

PS-8
**Re: Hull, Bradley Dale**
**June 9, 2021**
**Page 2**

|  |  |  |
|--|--|--|
|  |  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  |  | Executed on: June 9, 2021 |
|  | by | s/Erik Carlson |
|  |  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

June 9, 2021
Date