# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hull, Bradley Dale | Docket No. | 0980 2:20CR00128-TOR-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Bradley Dale Hull, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton, sitting in the Court at Spokane, Washington, on the 17th day of March 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined n 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance of Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 21, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Hull. He acknowledged an understanding of the conditions at that time.

**Violation #1:** Bradley Dale Hull is alleged to be in violation of his conditions of pretrial release supervision by testing positive for the presence of fentanyl on April 19, 2022.

On April 19, 2022, Mr. Hull reported to Pioneer Human Services for random urinalysis. The urine specimen was sent to Alere Toxicology Services, Inc. (Alere) to be tested for the presence of fentanyl. On April 27, 2022, Alere confirmed the above-noted urine specimen tested positive for the presence of fentanyl.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: May 5, 2022 |
| by | s/Erik Carlson |
| | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
**Re: Hull, Bradley Dale**
**May 5, 2022**
**Page 2**

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_M. K. Dimke_
Signature of Judicial Officer

5/6/2022
Date