UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>BRADLEY DALE HULL,<br><br>                  Defendant. | CASE NO: 2:20-CR-0128-TOR-2<br><br>ORDER DISMISSING COUNTS 1, 2, AND 4 OF THE SUPERSEDING INDICTMENT WITHOUT PREJUDICE |
|---|---|

BEFORE THE COURT is the Government's Motion to Dismiss Counts 1, 2, and 4 of the Superseding Indictment Without Prejudice (ECF No. 276). The Court has reviewed the motion and the file therein and is fully informed. The Government only seeks to dismiss Counts 1, 2, and 4 of the Superseding Indictment without prejudice pursuant to Fed. R. Crim. P. 48(a). For good cause shown, the Court grants the motion, but makes no judgment as to the merit or wisdom of this dismissal.

//

ORDER DISMISSING COUNTS 1, 2, AND 4 OF THE SUPERSEDING INDICTMENT WITHOUT PREJUDICE ~ 1

**Accordingly, IT IS HEREBY ORDERED**:

1. The Government's Motion to Dismiss Counts 1, 2, and 4 of the Superseding Indictment Without Prejudice (ECF No. 276) is **GRANTED** and Counts 1, 2, and 4 of the Superseding Indictment are **DISMISSED without prejudice**.

2. All pending motions are **DENIED as moot** and all pending hearing and trial dates as to these counts are stricken from the Court's calendar.

3. The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

DATED May 20, 2022.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING COUNTS 1, 2, AND 4 OF THE SUPERSEDING INDICTMENT WITHOUT PREJUDICE ~ 2